# COMPLAINT
### (for non-prisoner filers without lawyers)

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED

2026 MAY 22 P 1:49

CLERK OF COURT

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff(s))

Tashica Danzy

_____

_____

v.

(Full name of defendant(s))

Milwaukee County Circuit Court

## Judge Janet Protaciewitcz

## Judge T. Christopher Dee

*Circuit court 2020FA6025 Appeal case # 2024.AP001484*

Case Number:

## 26-C -926

(to be supplied by Clerk of Court)

---

A.    PARTIES

1.    Plaintiff is a citizen of Wisconson _____ and resides at
                                    (State)

2477 N 48th St, Milwaukee, WI 53210
                    (Address)

(If more than one plaintiff is filing, use another piece of paper.)

2.    Defendant  Judge Janet Protaciewics & Judge T. CHristopher Dee _____
                                                            (Name)

is (if a person or private corporation) a citizen of **Wisconsin**

_(State, if known)_

and (if a person) resides at **901 N 9th St, Milwaukee, WI**

_(Address, if known)_

and (if the defendant harmed you while doing the defendant's job)

worked for **Milwaukee County Circuit Court**

_(Employer's name and address, if known)_

(If you need to list more defendants, use another piece of paper.)

B.     STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.     Who violated your rights;
2.     What each defendant did;
3.     When they did it;
4.     Where it happened; and
5.     Why they did it, if you know.

1. My rights were violated against by Judges Protaciewicz and T. Christopher Dee.

2. I was discriminated against based in my sexusl preference and sexual orientation

3. The discrimination continue howeber it was initoated with hearing of my divorce case

filed in Milwaukee County Circuit Court December 2020 and case had not yet ended.

My next court hearing is July 2026.

4.  The discrimination took place in Milwaukee County court located in courthouse

5. I was married in Canada in 2004 prior to Wisconsin law allowing same sex marriage. i

My ex was allowed to file for divorce with adocuments stamped with the words "Only

valid in Canada".  These documents were never filed in Milwaukee County due to being

deemed invalid.  I contested the filing and questioned the jurisdiction.

My daughter was deemed a product of the marriage giving my ex parental rights.

I reported several times there is no biological, physical, or legal relationship that exist.

My ex initial indicated she was my daughter's father then later self identified as the mother. My request for a DNA test to identify the biological mother was denied.

I had the unfortunate luck of my case being heard by Protaciewicz as she campaiged for her current position famously having no position on same sex marriage or abortion.

All of my assets, investments and income were deemed marital property. My ex was awarded 50% of my assets and my 50% of my own assets was also awarded to my ex.

She was also given impasse authority to cancel my court ordered time with my daughter based on a safety concern that remains unsubstantiated. The case was held by Protaciewics for nearly 3 years (2023) before moving to trial. After the trial a decision still didnt happen for another year (2024) after Protaciewics left for her newly elected position. Her replacement was Judge T. Christopher Dee. I was laid off during Covid and denied Unemployment Compensation benefits. I have now been ordered to repay all Covid Mortgage Assistance received back to my ex. She was aware that I was out of work and receieving Covid Mortgage Assistance. When I made my tenants aware that I had been ordered to sell all rental properties they opted to move and gave 30 days notice. My ex wasn't ordered to assist with any mortgage payments until they sold. The judge ordered that I was solely respponsible for all mortgage payments. I was also ordered to pay me ex's attorney fees as she stated I caused her to high attorney fees.

## C. JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ _____.

## D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I am seeking relief from all orders, petitions ,and wage garnishments.  I am seeking the

full valueof all assets affected by the court including real estate, retirement accounts,

snd pensions,

E.    JURY DEMAND

I want a jury to hear my case.

☐ – YES          ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this _____22nd_____ day of _____May_____ 20 26 .

Respectfully Submitted,

_____
Signature of Plaintiff

414-426-8333
_____
Plaintiff's Telephone Number

Tadanzy@yahoo.com
_____
Plaintiff's Email Address

2477 N 48th St
_____

Milwaukee, WI 53210
_____
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☐    I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☒    I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5